**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES OWENS,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, CHRISTOPHER JOHNSON, an individual, ROBERT KIRSCH, an individual, RICHARD ZEPF, and individual, and DOES 1 - 10,<br><br>  Defendants. | Case No. 2:14-CV-04149-PA-SS<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ROBERT KIRSCH TO RESPOND TO FIRST AMENDED COMPLAINT BY 21 DAYS AND TO CONTINUE SCHEDULING CONFERENCE**<br><br>Scheduling Conference: October 20, 2014 at 10:30 a.m. |

Having reviewed the stipulation submitted by Plaintiff Charles Owens, Defendant Robert Kirsch, and Defendants County of Ventura and Richard Zepf, in which the parties stipulate to extend the time for Defendant Kirsch to file a responsive pleading by 21 days to October 7, 2014, and in which the parties agree

[PROPOSED] ORDER
1

that good cause exists to continue the Scheduling Conference, currently scheduled for October 20, 2014 at 10:30 a.m., the Court hereby finds good cause and orders as follows:

1. The time for Defendant Robert Kirsch to file a motion to stay and/or responsive pleading to the First Amended Complaint is hereby extended to October 7, 2014;

2. The Scheduling Conference is hereby continued from October 20, 2014 at 10:30 a.m. to _____ at 10:30 a.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE

**DENIED**
BY ORDER OF THE COURT
9/17/14  [signature]

The time for Defendant Robert Kirsch to file a motion to stay and/or responsive pleading to the First Amended Complaint is hereby extended to October 1, 2014.

[PROPOSED] ORDER
2