UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES OWENS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, CHRISTOPHER JOHNSON, an individual, ROBERT KIRSCH, an individual, ROCKWELL ELLIS, an individual; JOHN LANE, an individual; RICHARD ZEPF, an individual, and DOES 3 – 10,<br><br>Defendants. | Case No: 2:14-cv-04149-BRO (SSx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS DEFENDANTS CHRISTOPHER JOHNSON, ROBERT KIRSCH, AND RICHARD ZEPF FROM THE SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Beverly Reid O'Connell<br>Courtroom:   14 – Spring Street Fl. |

GOOD CAUSE APPEARING THEREFORE, Defendants CHRISTOPHER JOHNSON, ROBERT KIRSCH, and RICHARD ZEPF are dismissed with prejudice from Plaintiff CHARLES OWENS's Second Amended Complaint in its entirety.

IT IS SO ORDERED.

Dated: February 25, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

1.