MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
ROBERT RABE, SBN 72312, members of
STONE BUSAILAH, LLP
*A Partnership of Professional Law Corporations*
200 East Del Mar Boulevard, Suite 350
Pasadena, California 91105

Telephone:   (626) 683-5600
Facsimile:   (626) 683-5656
Email:       r.rabe@police-defense.com

Attorneys for Defendant and Cross-claimant, CHRISTOPHER JOHNSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES OWENS, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, CHRISTOPHER JOHNSON, an individual, ROBERT KIRSCH, an individual, RICHARD ZEPF, an individual, and DOES 1 – 10,<br><br>　　Defendants.<br>_____<br>CHRISTOPHER JOHNSON, an individual,<br><br>　　Cross-claimant,<br><br>　　v.<br><br>County of Santa Barbara, and ROES 201-210,<br><br>　　Cross-defendants.<br>_____ | Case No: 2:14-cv-04149-BRO (SSx)<br><br>**STIPULATION TO DISMISS THE CROSS COMPLAINT OF CROSS-CLAIMANT CHRISTOPHER JOHNSON**<br><br>[Fed. R. Civ. Pro. 41(a)] |

---

STIPULATION TO DISMISS THE CROSS COMPLAINT

1

TO THIS HONORABLE COURT:

Cross-claimant CHRISTOPHER JOHNSON has agreed to dismiss Cross-defendant COUNTY OF SANTA BARBARA, and his cross-complaint in its entirety, with prejudice.

Therefore, it is hereby stipulated and agree, by and between Cross-claimant CHRISTOPHER JOHNSON and Cross-defendant COUNTY OF SANTA BARBARA, by and through their respective counsel of record, and subject to this Court's approval, as follows:

Cross-claimant CHRISTOPHER JOHNSON hereby agrees to dismiss Cross-defendant COUNTY OF SANTA BARBARA from his cross-complaint, and his cross-complaint in its entirety, with prejudice.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(I), I, Robert Rabe, as the filer of this stipulation, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 16, 2016          STONE BUSAILAH, LLP

                               /s/ Robert Rabe

                               _____
                               ROBERT RABE, Attorneys for
                               Cross-claimant CHRISTOPHER JOHNSON

Dated: March 16, 2016          MICHAEL C. GHIZZONI
                               COUNTY COUNSEL

                               /s/ Mary Pat Barry

                               _____
                               By: MARY PAT BARRY
                               Senior Deputy County Counsel
                               Attorneys for Cross-defendant
                               COUNTY OF SANTA BARBARA

---
STIPULATION TO DISMISS THE CROSS COMPLAINT

2